An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHWEST MEDICAL ASSOCIATES, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE LINDA MARIE BELL, DISTRICT JUDGE,
Respondents,
and
KIRK KINDLE; AND DEBORAH KINDLE,
Real Parties in Interest.

No. 68477

**FILED**

SEP 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order denying summary judgment in a negligence action. Having considered the petition, we are not persuaded that petitioner met its burden to demonstrate that our extraordinary discretionary intervention is warranted as an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997). Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27674

cc:   Hon. Linda Marie Bell, District Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Law Offices of Steven M. Burris, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A